UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-0051 MCE CKD P |
|---|---|
| Respondent, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ANATOLIY BEKNAZAROV, | |
| Movant. | |

On November 9, 2017, the court denied movant's 28 U.S.C. § 2255 motion without prejudice to movant filing an amended motion within 30 days. The 30 day period has now expired and movant has not filed an amended motion. Accordingly, IT IS HEREBY RECOMMENDED that:

1. This 28 U.S.C. § 2255 action be closed; and

2. The Clerk of the Court be directed to close the companion civil case No. 2:17-cv-2132 MCE CKD.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, movant may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." In his objections, movant may address

1

whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.  See Rule 11, Federal Rules Governing Section 2255 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant). Movant is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

bekn(A)0051.frs