```
Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Anatoliy Beknazarov
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00051 |
| | ) | |
| Plaintiff, | ) | MOTION FOR ORDER TO THE CLERK |
| | ) | OF THE COURT TO RE-CONVEY LIEN |
| | ) | IN REAL PROPERTY SECURING |
| v. | ) | APPEARANCE OF ANATOLIY |
| | ) | BEKNAZAROV IN COURT TO |
| ANATOLIY BEKNAZAROV, et al. | ) | VALENTINA BEKNAZAROV |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      Defendant Anatoliy Beknazarov moves the Court for an order from the Court to the Clerk of the Court for the United States District Court for the Eastern District of California directing the Clerk of the United States District Court for the Eastern District of California to reconvey the clerk's deed of trust in 3424 Douglas Street, Sacramento 95838, Assessor's Parcel number 252-0271-003-0000 securing the appearance of Anatoliy Beknazarov in court.

      Such deed of trust in 3424 Douglas Street, Sacramento secured the appearance of Defendant Anatoliy Beknazarov in United States District Court for the Eastern District of California and adherence to the court's orders in the above-entitled case.

      Such case is now closed; Defendant Anatoliy Beknazarov has served his sentence; and there is nothing for the deed of trust in 3424 Douglas Street, Sacramento, CA   95838 to secure.

Defendant requests that the Court order the Clerk of the United States District Court for Eastern District of California to re-convey the Clerk's deed of trust in 3424 Douglas Street, Sacramento, CA 95838.

                                        /s/ Philip Cozens  
                                        Philip Cozens  
                                        Attorney for Defendant Anatoliy Beknazarov

     I, Philip Cozens, have personal knowledge of the matters set forth in this Declaration in Support of this Motion for Order to the Clerk of the Court to Reconvey deed of trust in Real Property Securing the Appearance of Anatoliy Beknazarov in Court to Valentina Beknazarov, and if called to testify, could and would truly testify as follows:

     1. I am an attorney duly licensed to practice law in the State of California and a member of the State Bar of the State of California and the United States District Court for the Eastern District of California. I was the attorney of record for Anatoliy Beknazarov in the above-entitled case.

     2. On February 9, 2012, the United States Attorney for the Eastern District of n California indicted Defendant Anatoliy Beknazarov for Wire Fraud in connection with loan applications for housing.

     3. On February 24, 2012, the Magistrate Court arraigned Defendant Anatoliy Beknazarov.

     4. On March 6, 2012, Defendant moved the court for an order to travel to Kazakhstan to see his dying father. The Magistrate granted the motion provided Defendant posted a deed of trust for his house at 3424 Douglas Street Sacramento, CA 95838, securing his return to the United States.

     5. On March 23, 2012, Defendant tendered a deed of trust for his house at 3424 Douglas Street Sacramento, CA 95838 in favor of the Clerk of the United States District Court

for the Eastern District of California to the Clerk of the Court and filed such Deed of Trust at Sacramento County Recorder's Office.

6. On May 23, 2013, Defendant Anatoliy Beknazarov entered a guilty plea pursuant to a plea bargain with the government.

7. On June 19, 2014, the court sentenced Defendant Anatoliy Beknazarov to 17 months in the custody of the Bureau of Prisons.

8. On October 12, 2017, Defendant filed a Motion to Vacate, Set Aside or Correct the Sentence pursuant to 18 USC 2255.

9. On January 25, 2018, the District Court denied Defendant's Motion to Vacate, Set Aside or Correct the Sentence pursuant to 18 USC 2255.

10. Defendant Anatoliy Beknazarov has served his sentence; there are no appeals pending and his case is a final judgment.

11. The Clerk for the United States District Court for the Eastern District of California still retains the deed of trust and has not re-conveyed such interest in 3424 Douglas Street, Sacramento to the granting party. The Clerk of the United States District Court for the Eastern District of California requires an order from the court to re-convey such interest.

I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed this 1st day of May, 2019, in Sacramento, Sacramento County, California.

**ORDER**

The court, having read and considered the above-motion and declaration and finding good cause therefore, orders that the clerk of the United States District Court for the Eastern District of California re-convey the deed of trust for 3424 Douglas Street, Sacramento, CA 95838, Assessor's parcel number 252-0271-003-000 securing the appearance of Anatoliy Beknazarov in case 2:12-cr-00051. The May 16, 2019, hearing is VACATED.

IT IS SO ORDERED.

Dated: May 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE